No. 22, original. UNITED STATES *v.* OREGON. Submitted November 24, 1930. Decided December 1, 1930. The motion for leave to file bill of complaint herein is granted

and process is ordered to issue. *Messrs. Charles M. Black-mar* and *Randolph S. Collins* for the United States. *Messrs. I. H. Van Winkle* and *L. A. Liljegvist* for defendant.